BENJAMIN P. MORRIS, respondent,

*v.*

SARAH GLASER et al., appellants,

[Decided May 16th, 1932.]

*Mr. Merritt Lane, Mr. Charles F. Sexton* and *Messrs. Saul & Joseph E. Cohn,* for the respondent.

*Messrs. O'Brien & Tartalsky, Messrs. Heyman & Heyman* and *Messrs. Milberg & Milberg,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *106 N. J. Eq. 585.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, KERNEY, JJ. 12.

*For reversal*—None.